IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 8:07CV351 |
| | ) | |
| TIMOTHY JAMES O'NEIL, | ) | Bankruptcy Case No. 05-81466 |
| | ) | |
| Debtor. | ) | (Chapter 13) |

Debtor Timothy O'Neil has filed a second motion for extension of time (filing 9) to file his brief. Opposing counsel does not object to the motion. I shall grant the motion and amend the briefing schedule accordingly.

IT IS ORDERED that:

1. Appellee/Debtor's motion for extension of time (filing 9) to file a brief is granted;
2. Appellee/Debtor shall file and serve a brief by March 31, 2008;
3. Appellants may file and serve a reply brief by April 14, 2008; and
3. This case shall be ripe for decision on April 15, 2008.

March 3, 2008.                                  BY THE COURT:

                                                s/ *Richard G. Kopf*
                                                United States District Judge

1